Jan-19-2006 01:20pm From-SERVING BY IRVING    212-340-0338    T-940 P.002/005 F-374

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

COURT UNITED STATES DISTRICT COURT
COUNTY OF    MIDDLE DISTRICT OF NORTH CAROLINA

THE SCO GROUP, INC.

Index No. 2:03CV0294
DISTRICT OF UTAH

Plaintiff(s)

against

**AFFIDAVIT OF SERVICE OF SUBPOENA**

INTERNATIONAL BUSINESS MACHINES CORP.

IN A CIVIL CASE

Defendant(s)

STATE OF NORTH CAROLINA, COUNTY OF Guilford SS. The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at Greensboro, NC
That on January 19, 2006 at 8:27 P.M., at 2200 Willow Road, Greensboro, North Carolina
deponent served the within subpoena on    OTIS WILSON    witness therein named.

IN A CIVIL CASE

1. ☒ INDIVIDUAL   by delivering a true copy to said witness personally; deponent knew the person so served to be the witness described in said subpoena.

2. ☐ CORPORATION   a _____ corporation, by delivering thereat a true copy to
   personally, deponent knew said corporation so served to be the corporation witness and knew said individual to be _____ thereof.

3. ☐ SUITABLE AGE PERSON   by delivering thereat a true copy to _____ a person of suitable age and discretion. Said premises is witness'—actual place of business—dwelling place—usual place of abode—within the state.

4. ☐ AFFIXING TO DOOR, ETC.   by affixing a true copy to the door of said premises, which is witness'—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4
A. ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to witness at witness' last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4
B. ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

DESCRIPTION USE WITH 1, 2, OR 3
☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☒ Black Skin | ☐ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☒ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☒ Beard (Goatee) | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features: _____

At the time of said service, deponent paid (tendered) in advance $ 50.00    the authorized traveling expenses and one day's witness fee.

Sworn to before me on January 19th, 2006.

Patricia A. Mitchell

STEVE MITCHELL

License No. 1721

PATRICIA A. MITCHELL
NOTARY PUBLIC
GUILFORD COUNTY, N.C.
My Commission Expires 09-09-2009