Jan-19-2006  01:20pm  From-SERVING BY IRVING        212-348-0338        T-849  P 002/005  F-374

© 1966 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

| | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT |
| COUNTY OF | MIDDLE DISTRICT OF NORTH CAROLINA |

THE SCO GROUP, INC.

Plaintiff(s)

against

INTERNATIONAL BUSINESS MACHINES CORP.

Defendant(s)

Index No. 2:03CV0294
DISTRICT OF UTAH

**AFFIDAVIT OF
SERVICE OF SUBPOENA**

IN A CIVIL CASE

STATE OF ~~NEW YORK~~ NORTH CAROLINA, COUNTY OF Guilford  SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at Greensboro, NC

That on January 19, 2006 at 8:27 P.M., at 2200 Willow Rd, Greensboro, North Carolina
deponent served the within subpoena on    OTIS WILSON    witness therein named,
IN A CIVIL CASE

INDIVIDUAL
1. ☒ by delivering a true copy to said witness personally; deponent knew the person so served to be the witness described in said subpoena.

CORPORATION
2. ☐ a _____ corporation, by delivering thereat a true copy to _____ personally, deponent knew said corporation so served to be the corporation witness and knew said individual to be _____ thereof.

SUITABLE AGE PERSON
3. ☐ by delivering thereat a true copy to _____ a person of suitable age and discretion. Said premises is witness'—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC.
4. ☐ by affixing a true copy to the door of said premises, which is witness'—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE
USE WITH 3 OR 4
4a. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to witness at witness' last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS
USE WITH 3 OR 4
5. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

DESCRIPTION
USE WITH
1, 2, OR 3
☒

☒ Male    ☐ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female  ☒ Black Skin    ☐ Brown Hair   ☒ Balding      ☐ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
           ☐ Yellow Skin   ☐ Blonde Hair  ☒ Mustache     ☐ 36-50 Yrs.    ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
           ☐ Brown Skin    ☐ Gray Hair    ☒ Beard (Goatee) ☒ 51-65 Yrs.   ☒ 5'9"-6'0"    ☒ 161-200 Lbs.
           ☐ Red Skin      ☐ Red Hair     ☐ Glasses       ☐ Over 65 Yrs.  ☐ Over 6'      ☐ Over 200 Lbs.

Other identifying features: _____

At the time of said service, deponent paid (tendered) in advance $ 50.00 the authorized traveling expenses and one day's witness fee.

Sworn to before me on January 19th, 2006.

Patricia A. Mitchell

PATRICIA A. MITCHELL
NOTARY PUBLIC
GUILFORD COUNTY, N.C.
My Commission Expires 09-09-2009

STEVE MITCHELL
License No. 1721