# Snell & Wilmer
## L.L.P.
### LAW OFFICES

15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
(801) 257-1900
Fax: (801) 257-1800
www.swlaw.com

Amy F. Sorenson (801) 257-1907
asorenson@swlaw.com

SALT LAKE CITY, UTAH
PHOENIX, ARIZONA
TUCSON, ARIZONA
IRVINE, CALIFORNIA
DENVER, COLORADO
LAS VEGAS, NEVADA

May 13, 2004

**VIA FACSIMILE AND MAIL**
Brent O. Hatch
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

**VIA FACSIMILE AND MAIL**
Mark J. Heise
BOIES, SCHILLER & FLEXNER, LLP
One International Place
100 SE Second Street, Suite 2800
Miami, Florida 33131

    Re:    *SCO v. IBM*

Dear Brent and Mark:

    I am enclosing a copy of IBM's combined deposition notice in the above-entitled matter.

    Cravath, Swaine & Moore has been retained to represent Messrs. McDonough, Rodgers, and Otis Wilson at deposition and will arrange for their attendance. Mr. Frasure has retained counsel and IBM will procure his presence at deposition through his counsel. IBM also has issued, or will issue, subpoenas for the deposition of Mr. Anderer, as well as for the Rule 30(b)(6) deposition of BayStar Capital.

    IBM also intends to issue subpoenas to Mr. Sean Wilson and Mr. Terpstra, who we understand are no longer employed by SCO. We understand that the remaining witnesses are currently employed by SCO, and expect that SCO will make them available for deposition. If our understanding is incorrect, please let us know as soon as possible.

                               Very truly yours,

                                 Amy F. Sorenson

AFS:kb
Enclosure
cc:    David Marriott
        Chris Kao
        Todd Shaughnessy

291463.1

Snell & Wilmer is a member of LEX MUNDI, a leading association of independent law firms

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
15 West South Temple, #1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | DEFENDANT/COUNTERCLAIM-PLAINTIFF IBM'S NOTICE OF VIDEOTAPED DEPOSITIONS <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

PLEASE TAKE NOTICE that pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, counsel for defendant/counterclaim-plaintiff International Business Machines Corporation ("IBM") will take the following depositions upon oral examination at the dates and times specified:

[[NYLIT:2274034v1:3914W:05/13/04--11:42 a]]

1. Philip Langer, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 1, 2004, beginning at 9:00 a.m.;

2. Sean Wilson, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 1, 2004, beginning at 9:00 a.m.;

3. Ryan Tibbitts, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 3, 2004, beginning at 9:00 a.m.;

4. Greg Pettit, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 3, 2004, beginning at 9:00 a.m.;;

5. David Frasure, Wilson, North Carolina, location to be determined, June 8, 2004, beginning at 9:00 a.m.;

6. Rule 30(b)(6) deposition of BayStar Capital, Legalink San Francisco, 601 Van Ness Avenue, San Francisco, California, June 8, 2004, beginning at 9:00 a.m. (on the topics identified in the subpoena enclosed herewith);

7. David Rodgers, San Jose, California, location to be determined, June 10, 2004, beginning at 9:00 a.m.;

8. Otis Wilson, Greensboro, North Carolina, location to be determined, June 10, 2004, beginning at 9:00 a.m.;

9. Mike Anderer, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 15, 2004, beginning at 9:00 a.m.;

10. Richard McDonough, Savannah, Georgia, located to be determined, June 15, 2004, beginning at 9:00 a.m.;

11. Michael Davidson, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 17, 2004, beginning at 9:00 a.m.;

12. Ralph Yarro, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 17, 2004, beginning at 9:00 a.m.;

13. Jay Petersen, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 22, 2004, beginning at 9:00 a.m.;

14. Greg Anderson, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 22, 2004, beginning at 9:00 a.m.;

15. Jeff Hunsaker, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 24, 2004, beginning at 9:00 a.m.;

16. John Terpstra, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 29, 2004, beginning at 9:00 a.m.;

17. Reg Broughton, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, June 29, 2004, beginning at 9:00 a.m.;

18. Larry Gasparo, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, July 1, 2004, beginning at 9:00 a.m.;

19. Wolf Bauer, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, July 1, 2004, beginning at 9:00 a.m.;

20. Bob Bench, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, July 6, 2004, beginning at 9:00 a.m.;

21. Blake Stowell, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, July 8, 2004, beginning at 9:00 a.m.;

22. Chris Sontag, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, July 13, 2004, beginning at 9:00 a.m.;

23. Darl McBride, at Snell & Wilmer L.L.P., Gateway Tower West, 15 West South Temple, Suite 1200, Salt Lake City, Utah, July 15, 2004, beginning at 9:00 a.m.

The depositions will be taken pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, will be recorded by stenographic and videotape means, and will continue from day to day until completed.

DATED this 13th day of May, 2004.

                               SNELL & WILMER L.L.P.

                               Alan L. Sullivan
                               Todd M. Shaughnessy
                               Amy F. Sorenson

                               CRAVATH, SWAINE & MOORE LLP
                               Evan R. Chesler
                               David R. Marriott

                               *Attorneys for Defendant/Counterclaim-Plaintiff*
                               *International Business Machines Corporation*

Of counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2004, a true and correct copy of the foregoing was hand delivered to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

>Kevin P. McBride
>1299 Ocean Avenue, Suite 900
>Santa Monica, California 90401

*[signature]*

298573.1

[[NYLIT:274034v1:3914W:05/13/04--11:42 a]]

5

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

The SCO Group, Inc.

v.

International Business Machines Corporation

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER[1]: 2:03CV-0294 District of Utah

To: Baystar Capital, by and through the person(s) most familiar with the "Topics for 30(b)(6) Deposition" annexed hereto.
80 E. Sir Francis Drake, Suite 2B
Larkspur, CA 94939

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Legalink San Francisco<br>601 Van Ness Avenue, Suite 2052<br>San Francisco, CA 94102 | June 8, 2004<br>9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>[signature] Attorney for International Business Machines Corporation | DATE<br>May 10, 2004 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
David Marriott, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019
(212) 474-1000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|
|      |       |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|
|                        |                   |

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|
|                        |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
                    DATE                    SIGNATURE OF SERVER

                                      _____
                                        ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.