IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 01: 06-mc-00046 PTS

| | |
|---|---|
| The SCO Group, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| International Business Machines Corp., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION BY THIRD-PARTY WITNESS TO QUASH SUBPOENA
AND FOR PROTECTIVE ORDER**

Otis L. Wilson, a non-party, pursuant to Rules 45 and 26(b)(2) of the Federal Rules of Civil Procedure, hereby moves for an order quashing the purported subpoena served on him in this matter and providing that he need not appear for deposition as demanded by that subpoena. In the alternative, Mr. Wilson requests that the Court enter a protective order limiting the proposed deposition by time and subject matter as more specifically set forth in Mr. Wilson's memorandum in support of this motion.

In support of this motion, Mr. Wilson, through undersigned counsel, contemporaneously submits its Memorandum of Law pursuant to Local Rule 7.3(a).

Pursuant to Local Rule 26.1(c), the undersigned certifies that counsel for Mr. Wilson has conferred on numerous occasions with Ted Normand, counsel for The SCO Group, Inc., in March and April 2006, but no resolution was reached with respect to the disputed issues

concerning the subpoena purportedly issued to Mr. Wilson and the taking of his deposition. Having been unable to resolve the issues, Mr. Wilson files this motion.

This the 21st day of April, 2006.

    /s/Michael T. Medford_____
Michael T. Medford
 N.C. State Bar # 7227
MANNING, FULTON & SKINNER, P.A.
3605 Glenwood Avenue - Suite 500
Post Office Box 20389
Raleigh, North Carolina 27619
Telephone: (919) 787-8880
Telefax: (919) 787-8902
E-mail: medford@manningfulton.com

**CERTIFICATE OF SERVICE**

       This is to certify that a copy of the *Motion to Quash Subpoena and for Protective Order* was duly served this date on counsel for all parties by electronic means if available or otherwise by forwarding a copy thereof enclosed in a postage-paid envelope, deposited in the United States Mail, addressed as follows:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954)-356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER, LLP
333 Main Street
Armonk, New York 10504
Telephone (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER, LLP
Bank of America Tower, Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1370

David Marriott
Cravath, Swaine & Moore, LLP
Worldwide Plaze
825 Eighth Avenue
New York, New York 10019

3

Todd Shaughnessy
Snell & Wilmer, LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

Donald J. Rosenbeg
1133 Westchester Avenue
White Plains, New York 10604

This the 21st day of April, 2006.

    /s/Michael T. Medford\_
Michael T. Medford
 N.C. State Bar # 7227
Of MANNING, FULTON & SKINNER, P.A.
Attorneys for Otis L. Wilson
3605 Glenwood Avenue - Suite 500
Post Office Box 20389
Raleigh, North Carolina 27619-0389
Telephone: (919) 787-8880
Facsimile: (919) 787-8902
E-Mail: medford@manningfulton.com

477690.-/20064-L35387

4