# Electronic Case Filing System
## District of Utah LIVE (Central)
## CIVIL DOCKET FOR CASE #: 2:03-cv-00294-DAK-BCW

SCO Grp, et al v. Intl Bus Mach Inc
Assigned to: Judge Dale A. Kimball
Referred to: Magistrate Judge Brooke C. Wells
Demand: $0
Case in other court: 3rd Dist SL Cnty, 030905199
Cause: 28:1441 Notice of Removal- Contract Dispute

Date Filed: 03/25/2003
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

## **Plaintiff**

**Caldera Systems**
*A Delaware Corporation*
*TERMINATED: 07/22/2003*
*doing business as*
SCO Group

represented by **Brent O. Hatch**
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
(801) 363-6363
Email: bhatch@hjdlaw.com
*TERMINATED: 07/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Boies**
BOIES SCHILLER & FLEXNER (FL)
100 SE 2ND ST STE 2800
MIAMI, FL 33131
(305)539-8400
*TERMINATED: 07/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debra Weiss Goodstone**
BOIES SCHILLER & FLEXNER (FL)
100 SE 2ND ST STE 2800
MIAMI, FL 33131
(305)539-8400
Email: dgoodstone@bsfllp.com
*TERMINATED: 07/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Heise**
BOIES SCHILLER & FLEXNER (FL)
100 SE 2ND ST STE 2800
MIAMI, FL 33131
(305)539-8400
Email: mheise@bsfllp.com
*TERMINATED: 07/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Neal Zack**

Dockets.Justia.com

BOIES SCHILLER & FLEXNER (FL)
100 SE 2ND ST STE 2800
MIAMI, FL 33131
(305)539-8400
Email: szack@bsfllp.com
*TERMINATED: 07/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred O. Goldberg**
BERGER SINGERMAN
200 S BISCAYNE BLVD STE 1000
MIAMI, FL 33131
(305)755-9500
*TERMINATED: 07/22/2003*
*ATTORNEY TO BE NOTICED*

**Leonard K. Samuels**
BERGER SINGERMAN
350 E LAS OLAS BLVD STE 1000
FT LAUDERDALE, FL 33301
*TERMINATED: 07/22/2003*

**Mark F James**
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
(801) 363-6363
Email: mjames@hjdlaw.com
*TERMINATED: 07/22/2003*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**International Business Machines Corporation**

represented by **Alan L Sullivan**
SNELL & WILMER (UT)
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
(801)257-1900
Email: asullivan@swlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan R. Chesler**
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY 10019
(212)474-1000
Email: echesler@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy F. Sorenson**

SNELL & WILMER (UT)
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
(801)257-1900
Email: asorenson@swlaw.com
*ATTORNEY TO BE NOTICED*

**David K. Markarian**
BOIES SCHILLER & FLEXNER (FL)
100 SE 2ND ST STE 2800
MIAMI, FL 33131
(305)539-8400
*TERMINATED: 11/18/2003*
*ATTORNEY TO BE NOTICED*

**David R. Marriott**
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY 10019
(212)474-1000
Email: dmarriott@cravath.com
*ATTORNEY TO BE NOTICED*

**Nathan E. Wheatley**
SNELL & WILMER (UT)
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
(801)257-1900
Email: nwheatley@swlaw.com
*ATTORNEY TO BE NOTICED*

**Peter H. Donaldson**
SNELL & WILMER (UT)
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
(801)257-1900
Email: pdonaldson@swlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas G. Rafferty**
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY 10019
(212)474-1000

**Todd M. Shaughnessy**
SNELL & WILMER (UT)
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
(801)257-1900
Email: tshaughnessy@swlaw.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Intel Corporation**
*TERMINATED: 04/04/2006*

represented by **Anthony L. Marks**
PERKINS COIE BROWN & BAIN (AZ)
2901 N CENTRAL AVE
PHOENIX, AZ 85012
(602)351-8000
*LEAD ATTORNEY*

**Mark A. Wagner**
VAN COTT BAGLEY CORNWALL &
MCCARTHY (SLC)
50 S MAIN STE 1600
PO BOX 45340
SALT LAKE CITY, UT 84145
(801)532-3333
Email: mwagner@vancott.com
*LEAD ATTORNEY*

**Jessica L. Everett-Garcia**
PERKINS COIE BROWN & BAIN (AZ)
2901 N CENTRAL AVE
PHOENIX, AZ 85012
(601)351-8000

V.

**Movant**

**Canopy Group, The**

represented by **Stanley J. Preston**
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE 11TH FLOOR
PO BOX 45000
SALT LAKE CITY, UT 84145-5000
(801)521-9000
Email: intakeclerk@scmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maralyn M. Reger**
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE 11TH FLOOR
PO BOX 45000
SALT LAKE CITY, UT 84145-5000
(801)521-9000
Email: intakeclerk@scmlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**S2 Strategic Consulting**

represented by **David W Scofield**
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT 84111
(801)322-2002
Email: dws@psplawyers.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**
**CNET Networks**

represented by **Michael P. O'Brien**
JONES WALDO HOLBROOK &
MCDONOUGH (SLC)
170 S MAIN ST STE 1500
SALT LAKE CITY, UT 84101
(801)521-3200
Email: mobrien@joneswaldo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew H Stone**
JONES WALDO HOLBROOK &
MCDONOUGH (SLC)
170 S MAIN ST STE 1500
SALT LAKE CITY, UT 84101
(801)534-7255
Email: astone@joneswaldo.com
*ATTORNEY TO BE NOTICED*

**Movant**
**Forbes**

represented by **Michael P. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew H Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**SCO Group**
*a Delaware Corporation*
*formerly known as*
Caldera Systems

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin P McBride**
1299 OCEAN AVE STE 900
SANTA MONICA, CA 90401
(310)393-1080
Email: km@mcbride-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Silver**
BOIES SCHILLER & FLEXNER (NY)
333 MAIN ST
ARMONK, NY 10504
(914)749-8200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo Noto**
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006
(202)662-2700

**Daniel P. Filor**
BOIES SCHILLER & FLEXNER
(ALBANY)
10 N PEARL ST
ALBANY, NY 12210
(518)434-0600
*ATTORNEY TO BE NOTICED*

**David K. Markarian**
(See above for address)

**Edward Normand**
BOIES SCHILLER & FLEXNER (NY)
333 MAIN ST
ARMONK, NY 10504
(914)749-8200

**Frederick S. Frei**
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006
(202)662-2700
*ATTORNEY TO BE NOTICED*

**J. Matthew Donohue**
BOIES SCHILLER & FLEXNER
(ALBANY)
10 N PEARL ST
ALBANY, NY 12210
(518)434-0600
*ATTORNEY TO BE NOTICED*

**John K. Harrop**
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006
(202)662-2700

**Mark R. Clements**
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
(801) 363-6363
Email: mclements@hjdlaw.com
*ATTORNEY TO BE NOTICED*

**Mark J. Heise**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark F James**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Macmanus**
BOIES SCHILLER & FLEXNER (NJ)
150 JOHN F KENNEDY PKWY
SHORT HILLS, NJ 07078
(973)218-1111

**Robert A. Magnanini**
BOIES SCHILLER & FLEXNER (NJ)
150 JOHN F KENNEDY PKWY
SHORT HILLS, NJ 07078
(973)218-1111
Email: rmagnanini@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Sean Eskovitz**
BOIES SCHILLER & FLEXNER (NY)
333 MAIN ST
ARMONK, NY 10504
(914)749-8200

**Stephen Neal Zack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart H. Singer**
BOIES SCHILLER & FLEXNER (FL)
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL 33301
(954)356-0011
Email: ssinger@bsfllp.com
*ATTORNEY TO BE NOTICED*

**David S. Stone**
BOIES SCHILLER & FLEXNER (NJ)
150 JOHN F KENNEDY PKWY
SHORT HILLS, NJ 07078
(973)218-1111
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
BOIES SCHILLER & FLEXNER (DC)
5301 WISCONSIN AVE NW
WASHINGTON, DC 20015
(202)237-2727
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**International Business Machines
Corporation**

represented by **Alan L Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan R. Chesler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter H. Donaldson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G. Rafferty**
(See above for address)

**Todd M. Shaughnessy**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**SCO Group**
*formerly known as*
Caldera Systems

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo Noto**
(See above for address)

**Daniel P. Filor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David K. Markarian**
(See above for address)

**Frederick S. Frei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Matthew Donohue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John K. Harrop**
(See above for address)

**Mark J. Heise**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark F James**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Macmanus**
(See above for address)

**Robert A. Magnanini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Neal Zack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**G2 Computer Intelligence**                represented by **Michael P. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew H Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2003 | 2 | DISCLOSURE STATEMENT Under FRCP 7.1 filed by Caldera Sys (tsh) (Entered: 03/26/2003) |
| 03/25/2003 | 1 | Notice of Removal assigned to Judge Kimball Receipt no.: 128211 (blk) (Entered: 03/01/2004) |
| 03/26/2003 | | Clerk's mailing of certificate of acknowledgment of alternative dispute resolution option. Mailed or faxed to plaintiff Caldera Sys, defendant Intl Bus Mach Inc (tsh) (Entered: 03/26/2003) |
| 03/26/2003 | | Memo of recusal signed by Judge PGC (tsh) (Entered: 03/27/2003) |
| 03/26/2003 | | Case reassigned to Judge Dale A. Kimball (tsh) (Entered: 03/27/2003) |
| 03/27/2003 | 3 | NTC of recusal of Judge Paul G. Cassell and reassignment to Judge Dale A. Kimball. cc: atty (alt) (Entered: 03/28/2003) |
| 03/27/2003 | 4 | Motion and Order signed by Judge Paul G. Cassell , 03/27/03 Granting motion/PHV for Attorney Evan R. Chesler, Thomas G. Rafferty on behalf of defendant Intl Bus Mach Inc cc:attys (tsh) (Entered: 03/28/2003) |
| 03/27/2003 | 5 | Certificate of election filed by plaintiff Caldera Sys Refer to: normal litigation track (tsh) (Entered: 03/31/2003) |
| 03/31/2003 | 6 | Certificate of election filed by defendant Intl Bus Mach Inc Refer to: normal litigation track (tsh) (Entered: 04/01/2003) |
| 04/01/2003 | 7 | Joint motion by Caldera Sys, Intl Bus Mach Inc to extend time to dft to respond to complaint until 4/20/03 (alp) (Entered: 04/03/2003) |

| 04/02/2003 | 8 | Order granting [7-1] joint motion to extend time to dft to respond to complaint until 4/20/03, answer due set for 5:00 4/20/03 for Intl Bus Mach Inc signed by Judge Dale A. Kimball , 4/2/03 cc:atty (alp) (Entered: 04/03/2003) |
| --- | --- | --- |
| 04/04/2003 | 9 | Amended Joint motion by Caldera Sys, Intl Bus Mach Inc to extend time to dft to respond to complaint to 4/30/03 (alp) (Entered: 04/08/2003) |
| 04/07/2003 | 10 | Order granting [9-1] joint motion to extend time to dft to respond to complaint to 4/30/03, answer due set for 5:00 4/30/03 for Intl Bus Mach Inc signed by Judge Dale A. Kimball , 4/4/03 cc:atty (alp) (Entered: 04/09/2003) |
| 04/14/2003 | 11 | Motion and Order signed by Judge Dale A. Kimball , 04/14/03 Granting motion/PHV for Attorney Fred O. Goldberg, Leonard K. Samuels on behalf of plaintiff Caldera Sys cc:attys (tsh) (Entered: 04/16/2003) |
| 04/25/2003 | 12 | Notice of filing by Intl Bus Mach Inc's counsel re: registration and name change (alp) (Entered: 04/28/2003) |
| 04/30/2003 | 13 | Answer to Complaint by Intl Bus Mach Inc; jury demand (alp) (Entered: 05/01/2003) |
| 04/30/2003 | 14 | Motion and Order signed by Judge Dale A. Kimball , 4/30/03 Granting motion/PHV for Attorney Mark J. Heise, Stephen Neal Zack, Debra Weiss Goodstone, David Boies on behalf of plaintiff Caldera Sys cc:attys (asp) (Entered: 05/02/2003) |
| 05/20/2003 | 15 | Amended Answer to Complaint by Intl Bus Mach Inc : amends [13-1] answer; jury demand (ce) (Entered: 05/22/2003) |
| 06/13/2003 | 17 | Certificate of service by Intl Bus Mach Inc re: 1st set of Interrogs and req for prod/docs (alp) (Entered: 06/17/2003) |
| 06/16/2003 | 16 | Magistrate Notice of Hearing Initial Pretrial Conference set for 9:30 8/13/03 To be held before Judge Nuffer cc:atty ( Ntc generated by: Chambers) (alp) (Entered: 06/16/2003) |
| 06/16/2003 | 18 | Motion by Caldera Sys to amend complaint (alp) (Entered: 06/17/2003) |
| 06/16/2003 | 19 | Memorandum by Caldera Sys in support of [18-1] motion to amend complaint (alp) (Entered: 06/17/2003) |
| 06/24/2003 | 20 | Certificate of service by Caldera Sys re: 1st Req for Prod/Docs and 1st set Interrogs (alp) (Entered: 06/25/2003) |
| 07/07/2003 | 21 | Memo in Response by Intl Bus Mach Inc to [18-1] motion to amend complaint (ksp) (Entered: 07/08/2003) |
| 07/10/2003 | 22 | Order granting [18-1] motion to amend complaint signed by Judge Dale A. Kimball , 7/10/03. cc:atty (ce) (Entered: 07/11/2003) |
| 07/10/2003 | 23 | Scheduling order. Setting;Joining of parties, amending of pleadings on 10/1/03 ; Deadline for filing of all motions 11/10/04 ; Discovery cutoff 10/22/04 ; Attorney Conference on 3/11/05 ; Final Pretrial Conference for 2:30 3/28/05 ; 5 Week Jury Trial for 8:30 4/11/05. Rule 26(f)(1) cnf held. Expert witness disclosure dates set. Not referred to ADR. Discovery limits set. Signed by Judge David Nuffer 7/10/03 cc:atty. (ksp) (Entered: 07/11/2003) |
| 07/19/2003 | 24 | REPORT of Attorney Planning Meeting (ksp) (Entered: 07/22/2003) |
| 07/22/2003 | 25 | Amended complaint by Caldera Sys added party(ies): SCO Grp . jury demand (kpf) (Entered: 07/23/2003) |
| 08/04/2003 | 26 | Certificate of service by SCO Grp in re: Pla's responses to dfts first set of interrogatories and first request for the production of documents (kpf) (Entered: 08/06/2003) |

| | | |
|---|---|---|
| 08/06/2003 | 27 | Answer by Intl Bus Mach Inc to amended complaint; jury demand (tsh) (Entered: 08/07/2003) |
| 08/06/2003 | 27 | Counterclaim by Intl Bus Mach Inc against SCO Grp (tsh) (Entered: 08/07/2003) |
| 08/14/2003 | 28 | Certificate of service by Intl Bus Mach Inc in e: IBMS Responses & Objections to SCO's First Request for the Production of Documents and First Set of Interrogatories (kpf) (Entered: 08/18/2003) |
| 08/25/2003 | 29 | Stipulation by Intl Bus Mach Inc, SCO Grp stip to extend time for pla to respond to dft counterclaim -to 9/25/03 (ksp) (Entered: 08/26/2003) |
| 08/26/2003 | 30 | Order granting [29-1] stipulated motion to extend time for pla to respond to dft counterclaim -to 9/25/03 signed by Judge Dale A. Kimball , 8/26/03 cc:atty (ksp) (Entered: 08/28/2003) |
| 08/28/2003 | 31 | Return of service executed re: Subpoena served on Canopy Group c/o Ralph Yanno on 8/26/03 (ksp) (Entered: 08/29/2003) |
| 09/08/2003 | 32 | Stipulation/Motion by Intl Bus Mach Inc, Caldera Sys stipulated to amend [23-1] Scheduling order (blk) (Entered: 09/09/2003) |
| 09/08/2003 | 33 | Order granting [32-1] stipulation motion to amend [23-1] Scheduling order signed by Judge David Nuffer (see order for details) , 09/08/03 cc:atty (blk) (Entered: 09/09/2003) |
| 09/09/2003 | 34 | Objections by Canopy Grp to dft IBM's subpoena dated 08/26/03 (kvs) (Entered: 09/10/2003) |
| 09/10/2003 | 35 | Order of Reference signed by DAK 9/9/03, 636(b)(1)(A). Mag Judge to hear & determine any nondispositive pretrial matters. cc:atty (alt) (Entered: 09/10/2003) |
| 09/10/2003 | | Case referred to magistrate under 28:636(b)(1)(A). (alt) (Entered: 09/10/2003) |
| 09/15/2003 | 36 | Case referred to Judge Brooke C. Wells cc: atty (blk) (Entered: 09/16/2003) |
| 09/16/2003 | 37 | Certificate of service re: Second Set of INterrogatories and Second Request for Production of Docs by Intl Bus Mach Inc (blk) (Entered: 09/17/2003) |
| 09/16/2003 | 38 | Stipulated Protective Order (see order for details) Signed by Judge Dale A. Kimball 09/16/03 cc: atty (blk) (Entered: 09/18/2003) |
| 09/22/2003 | 39 | Motion by SCO Grp to extend time to resp to dft IBM's ans to the amd cmp and counterclaim-pla IBM's cntrclms against SCO to 10/15/03 (Entered: 09/23/2003) |
| 09/23/2003 | 40 | Order granting [39-1] motion to extend time to resp to dft IBM's ans to the amd cmp and counterclaim-pla IBM's cntrclms against SCO to 10/15/03 signed by Judge Dale A. Kimball, 9/23/03 cc:atty (alt) (Entered: 09/24/2003) |
| 09/25/2003 | 41 | Amended counterclaim by Intl Bus Mach Inc against SCO Grp : amending [27-1] counter claim (blk) (Entered: 09/26/2003) |
| 09/26/2003 | 42 | Motion by SCO Grp to extend time until 2/4/04 for pla to amd pleadings and add parties (ce) (Entered: 09/29/2003) |
| 09/29/2003 | 43 | Order granting [42-1] motion to extend time until 2/4/04 for pla to amd pleadings and add parties signed by Judge Dale A. Kimball , 09/29/03 cc:atty (blk) (Entered: 09/30/2003) |
| 10/01/2003 | 44 | Motion by Intl Bus Mach Inc to compel Discovery (blk) (Entered: 10/03/2003) |
| 10/01/2003 | 45 | Memorandum by Intl Bus Mach Inc in support of [44-1] motion to compel Discovery (blk) (Entered: 10/03/2003) |

| | | |
|---|---|---|
| 10/01/2003 | 46 | Exhibits filed by defendant Intl Bus Mach Inc RE: [45-1] support memorandum (blk) (Entered: 10/03/2003) |
| 10/03/2003 | 47 | Certificate of service re: pla's req for admissions by SCO Grp (alt) (Entered: 10/06/2003) |
| 10/10/2003 | 48 | Certificate of service by Intl Bus Mach Inc re: first supplemental responses and objections to SCO's first set of interrogatories (kvs) (Entered: 10/14/2003) |
| 10/14/2003 | 49 | Motion by SCO Grp to extend time to respond to IBM's Amended Counterclaims Against SCO (blk) (Entered: 10/15/2003) |
| 10/15/2003 | 50 | Order granting [49-1] motion to extend time to respond to IBM's Amended Counterclaims Against SCO signed by Judge Dale A. Kimball , 10/15/03 cc:atty (blk) (Entered: 10/15/2003) |
| 10/16/2003 | 51 | Motion by SCO Grp to extend time to respond to dft IBM's second set of interrogatories and second request for production of documents (blk) (Entered: 10/16/2003) |
| 10/17/2003 | 52 | Motion by SCO Grp to extend time to 10/24/03 for pla to resp to mot/compel (alt) (Entered: 10/17/2003) |
| 10/17/2003 | 53 | Memorandum by Intl Bus Mach Inc in opposition to [52-1] motion to extend time to 10/24/03 for pla to resp to mot/compel (alt) (Entered: 10/17/2003) |
| 10/20/2003 | 54 | Substitute Motion by SCO Grp to extend time to respond to dft IBM's motion to compel discovery up to and including 10/24/03 (blk) (Entered: 10/21/2003) |
| 10/23/2003 | 55 | Memorandum by SCO Grp in opposition to [44-1] motion to compel Discovery (blk) (Entered: 10/24/2003) |
| 10/23/2003 | 56 | Certificate of service re: pla's supp responses to dft's first set of interrogs by SCO Grp (blk) (Entered: 10/24/2003) |
| 10/23/2003 | 57 | Certificate of service re: pla's supp responses to dft's second set of interrogs and second set of requests for prod of docs by SCO Grp (blk) (Entered: 10/24/2003) |
| 10/24/2003 | 58 | Answer by SCO Grp to amended counterclaim: [41-1] amended claim (blk) (Entered: 10/28/2003) |
| 10/28/2003 | 59 | Order granting [54-1] motion to extend time to respond to dft IBM's motion to compel discovery up to and including 10/24/03 signed by Judge Brooke Wells , 10/28/03 cc:atty (blk) (Entered: 10/29/2003) |
| 10/30/2003 | 60 | Certificate of service re: Dft IBM's third set of interrogatories and third request for prod of docs by Intl Bus Mach Inc (blk) (Entered: 10/30/2003) |
| 10/30/2003 | 61 | Certificate of service by Intl Bus Mach Inc re: subp served on Baystar Capital, The Yankee Group, Renaissance Research Group, Deutsche Bank Securities (ce) (Entered: 10/31/2003) |
| 10/31/2003 | 62 | Minute entry:,Counsel for both parties present. Discussion held re: status of discovery. Parties to reconvene for a status conference set for 11/21/03 at 10:00 a.m. before Judge Wells. If at that time it is determined that a hearing should be held re: Motion to Compel (docket entry #44), that hearing will be set for 12/5/03 at 10:00 a.m. Court adjourned. status conference set for 10:00 11/21/03 , Motion hearing set for 10:00 12/5/03 for [44-1] motion to compel Discovery ; Judge: BCW Court Reporter: Electronic Tape No.: 29 Log No.: 6030-6325 Court Deputy: alp (alp) (Entered: 10/31/2003) |
| 11/03/2003 | 63 | Reply by Intl Bus Mach Inc to response to [44-1] motion to compel Discovery (blk) (Entered: 11/04/2003) |

| | | |
|---|---|---|
| 11/03/2003 | 64 | Addendum to [63-1] response reply filed by Intl Bus Mach Inc . (blk) (Entered: 11/04/2003) |
| 11/04/2003 | 65 | Certificate of service re: Dft IBM's Responses and Objections to SCO's First Request for Admissions by Intl Bus Mach Inc (blk) (Entered: 11/04/2003) |
| 11/04/2003 | 66 | Motion by SCO Grp to Compel Discovery (blk) (Entered: 11/05/2003) |
| 11/04/2003 | 67 | Memorandum by SCO Grp in support of [66-1] motion to Compel Discovery (blk) (Entered: 11/05/2003) |
| 11/06/2003 | 68 | Second Motion by Intl Bus Mach Inc to compel discovery (blk) (Entered: 11/07/2003) |
| 11/06/2003 | 68 | Notice of filing re: Certificate of Compliance with rule 37(a)(2)(A) by Intl Bus Mach Inc (blk) (Entered: 11/07/2003) |
| 11/06/2003 | 69 | Memorandum by Intl Bus Mach Inc in support of [68-1] motion to compel discovery (blk) (Entered: 11/07/2003) |
| 11/07/2003 | 70 | Exhibits filed by plaintiff SCO Grp RE: [68-1] motion to compel discovery (blk) (Entered: 11/07/2003) |
| 11/10/2003 | 71 | Magistrate Notice of Hearing status conference set for 10:00 11/21/03 To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 11/12/2003) |
| 11/10/2003 | 72 | Magistrate Notice of Hearing Motion hearing set for 10:00 12/5/03 for [68-1] motion to compel discovery, set for 10:00 12/5/03 for [66-1] motion to Compel Discovery, set for 10:00 12/5/03 for [44-1] motion to compel Discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 11/12/2003) |
| 11/10/2003 | 73 | Motion by Intl Bus Mach Inc to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims (blk) (Entered: 11/12/2003) |
| 11/10/2003 | 74 | Memorandum by Intl Bus Mach Inc in support of [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims (blk) (Entered: 11/12/2003) |
| 11/10/2003 | 76 | Certificate of service of Discovery by SCO Grp (blk) (Entered: 11/12/2003) |
| 11/11/2003 | 75 | Certificate of service re: Subpoenas for discovery by SCO Grp (blk) (Entered: 11/12/2003) |
| 11/18/2003 | 77 | Motion and Order signed by Judge Dale A. Kimball , 11/18/03 Granting motion/PHV for Attorney David K. Markarian on behalf of pla SCO Grp cc:attys (blk) Modified on 11/24/2003 (Entered: 11/18/2003) |
| 11/19/2003 | 79 | Memorandum by Intl Bus Mach Inc in opposition to [66-1] motion to Compel Discovery (blk) (Entered: 11/20/2003) |
| 11/20/2003 | 78 | AMENDED Magistrate Notice of Hearing Reset status conference for 9:00 11/21/03. Time change only. To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 11/20/2003) |
| 11/21/2003 | 80 | Minute entry:Counsel present. After discussion with counsel, the motion to compel hearing will remain set for 12/5/03 at 10:00. Court Adjourned. ; Judge: BCW Court Reporter: Electronic Tape No.: 38 Log No.: 4098-4716 Court Deputy: alp (alp) (Entered: 11/21/2003) |
| 11/24/2003 | 81 | Memorandum by SCO Grp in opposition to [68-1] motion to compel discovery (blk) (Entered: 11/25/2003) |

| | | |
|---|---|---|
| 11/25/2003 | 82 | Memorandum by SCO Grp in opposition to [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims (blk) (Entered: 11/26/2003) |
| 11/26/2003 | 83 | Motion by SCO Grp to extend time for pla to respond to dft IBM's third set of interrogatories and third request for production of documents (blk) (Entered: 12/01/2003) |
| 12/01/2003 | 84 | Reply by SCO Grp to response to [66-1] motion to Compel Discovery (blk) (Entered: 12/03/2003) |
| 12/02/2003 | 92 | Certificate of service by SCO Grpn re: resp/obj to IBM's third set of interrogatories/request for production of docs (ekg) (Entered: 12/10/2003) |
| 12/03/2003 | 85 | Certificate of service re: Subpoenas Duces Tecum upon Northrop Grumman Corp; Sun Microsystems, Inc.; Schwartz Communications, Inc. for the production of documents by 12/16/03 by Intl Bus Mach Inc (blk) (Entered: 12/04/2003) |
| 12/03/2003 | 86 | Reply Memorandum in Support by Intl Bus Mach Inc to response to [68-1] motion to compel discovery (blk) (Entered: 12/04/2003) |
| 12/03/2003 | 87 | Declaration of Todd M. Shaughnessy Re: [68-1] motion to compel discovery (blk) (Entered: 12/04/2003) |
| 12/04/2003 | 90 | CORRECTED Certificate of service by SCO Grp re: second request for production/interrogatories (kvs) (Entered: 12/10/2003) |
| 12/05/2003 | 88 | Minute entry: Counsel for both parties present. The Court hears arguments re: Motion to Compel (#68). Court GRANTS motion. Plaintiff is to provide responses/affidavits within 30 days of the entry of this order. All other discovery is to be postponed until the order has been complied with. An order reflecting this ruling is to be prepared by counsel for defendant. A motion hearing is scheduled for 1/23/04 at 10:00 a.m. Court is adjourned. granting [68-1] motion to compel discovery, Motion hearing set for 10:00 1/23/04 for [66-1] motion to Compel Discovery, set for 10:00 1/23/04 for [73-1] motion strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims, set for 10:00 1/23/04 for [83-1] motion to extend time for pla to respond to dft IBM's third set of interrogatories and third request for production of documents ; Judge: BCW Court Reporter: Dawn Brunner-Hahn Court Deputy: alp (alp) (Entered: 12/05/2003) |
| 12/05/2003 | 91 | Notice of attorney appearance for SCO Grp by Kevin P McBride (kvs) (Entered: 12/10/2003) |
| 12/09/2003 | 89 | Magistrate Notice of Hearing Motion hearing set for 10:00 1/23/04 for [83-1] motion to extend time for pla to respond to dft IBM's third set of interrogatories and third request for production of documents, set for 10:00 1/23/04 for [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims, set for 10:00 1/23/04 for [66-1] motion to Compel Discovery, set for 10:00 1/23/04 for [52-1] motion to extend time to 10/24/03 for pla to resp to mot/compel, set for 10:00 1/23/04 for [51-1] motion to extend time to respond to dft IBM's second set of interrogatories and second request for production of documents, set for 10:00 1/23/04 for [44-1] motion to compel Discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 12/10/2003) |
| 12/10/2003 | 93 | Reply by Intl Bus Mach Inc to response to [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims (blk) (Entered: 12/11/2003) |
| 12/12/2003 | 94 | Order granting [68-1] motion to compel discovery, granting [44-1] motion to compel |

| | | |
|---|---:|---|
| | | Discovery. The SCO Group is hereby ORDERED: 1) To respond fully and in detail to Interrogatory Nos. 1-9 as stated in IBM's First Set of Interrogatories. 2) To respond fully and in detail to Interrogatory Nos 12 and 13 as stated in IBM's Second Set of Interrogatories. 3) IBM is to provide SCO a list of requested documents as stated in IBM's First and Second Requests for the Production of Documents and SCO is to produce all requested documents. 4) To identify and state with specificity the source code(s) that SCO is claiming form the basis of their action against IBM. This is to include identification of all Bates numbered documents previously provided. 5) To the extent IBM's requests call for the production of documents or are met by documents SCO has already provided, SCO is to identify with specificity the location of responsive answers including identification of the Bates numbered documents previously provided if applicable. 6) If SCO does not have sufficient information in its possession, custody, or control to specifically answer any of IBM's requests that are the subject of this order, SCO shall provide an affidavit setting forth the full nature of its efforts, by whom thy were taken, what further efforts it intends to utilize in order to comply, and the expected date of compliance. SCO is required to provide such answers and documents within thirty days from the date of this order. All other discovery, including SCO's Motion to Compel is hereby STAYED until this Court determines that SCO has fully complied with this Order. The Court will hold a hearing on the forgoing issues January 23, 2004 at 10:00 a.m. Signed by Judge Brooke C. Wells , 12/12/03 cc:atty (blk) (Entered: 12/12/2003) |
| 12/18/2003 | 95 | Order, for transcript of proceedings for hearing held 12/05/03, before the magistrate judge in the above entitiled case, to be prepared by a certified court reporter and paid for by the clerk's office, USDC, signed by Judge Brooke C. Wells , 12/16/03 cc:atty (blk) (Entered: 12/19/2003) |
| 01/13/2004 | 96 | Notice of Compliance with Court Order of 12/12/03 by SCO Grp (blk) (Entered: 01/15/2004) |
| 01/13/2004 | 97 | Declaration of Ryan E. Tibbitts Re: [96-1] file notice (blk) (Entered: 01/15/2004) |
| 01/20/2004 | 99 | Certificate of service by SCO Grp re: pla's revised supplemental response to dft's first and second set of interrogatories. (blk) (Entered: 01/26/2004) |
| 01/21/2004 | 98 | Magistrate Notice of Hearing Motion hearing set for 10:00 2/6/04 for all pending motions: [83-1] motion to extend time for pla to respond to dft IBM's third set of interrogatories and third request for production of documents, set for 10:00 2/6/04 for [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims, set for 10:00 2/6/04 for [66-1] motion to Compel Discovery, set for 10:00 2/6/04 for [52-1] motion to extend time to 10/24/03 for pla to resp to mot/compel, set for 10:00 2/6/04 for [51-1] motion to extend time to respond to dft IBM's second set of interrogatories and second request for production of documents To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 01/22/2004) |
| 01/26/2004 | | Transcript of Proceedings for date(s) of 12/05/03. Court Reporter: Dawn E. Brunner-Hahn (blk) (Entered: 01/26/2004) |
| 02/04/2004 | 100 | Motion by SCO Grp for leave to file Amended Pleadings (blk) (Entered: 02/05/2004) |
| 02/04/2004 | 101 | Notice of filing Pla's exhibits for use at hearing on 2/6/04 by SCO Grp (blk) (Entered: 02/05/2004) |
| 02/04/2004 | 102 | Memorandum by SCO Grp in support of [100-1] motion for leave to file Amended Pleadings (blk) (Entered: 02/05/2004) |
| 02/05/2004 | 103 | Status Report on SCO's Compliance with the Court's December 12, 2003 Order filed by Intl Bus Mach Inc (blk) (Entered: 02/06/2004) |

| | | |
|---|---|---|
| 02/06/2004 | 104 | Minute entry: Counsel for both parties present. The Court hears statements re: compliance with previous order as to discovery and SCO's motion for discovery (d.e.#66). The Court takes the matter under advisement and an order will be forthcoming. ; Judge: BCW Court Reporter: Ed Young Court Deputy: alp (alp) (Entered: 02/09/2004) |
| 02/17/2004 | 105 | Notice of filing of change of atty address by SCO Grp cc: DQA (alt) (Entered: 02/18/2004) |
| 02/19/2004 | 106 | Response Memorandum by Intl Bus Mach Inc to SCO's [100-1] motion for leave to file Amended Pleadings (blk) (Entered: 02/20/2004) |
| 02/25/2004 | 107 | Order granting [100-1] motion for leave to file Amended Pleadings signed by Judge Brooke C. Wells, 2/25/04 cc:atty (blk) (Entered: 02/26/2004) |
| 02/27/2004 | 108 | Second Amended complaint by SCO Grp; no parties added. Amends [108-1] amended complaint; jury demand (blk) (Entered: 03/01/2004) |
| 03/03/2004 | 109 | Order regarding SCO's Motion to Compel Discovery and IBM's Motion to Compel Discovery; (Please see the order for all information, as this is an extensive order). Ordering both parties to file affidavits re compliance with this order; and additional memoranda addressing the impact of the second amended complaint and IBM's subsequent answer on IBM's Motion to Strike the 5th, 15th, and 19th Affirmative Defenses asserted by SCO in its Answers to IBM's Amended Counterclaims. IBM is to file its initial memoranda with the court withing 60 days of the entry of this order. SCO will then have 15 days to respond. IBM will have 7 days to reply to this response. Following the additional briefing, the Court will contact parties to schedule a hearing regarding IBM's motion to strike SCO's affirmative defenses. (Please see the order for all information, as this is an extensive order) Signed by Judge Brooke C. Wells, 3/3/04 cc:atty (blk) (Entered: 03/03/2004) |
| 03/05/2004 | 110 | ADDENDUM to Stipulated Protective Order Signed by Judge Dale A. Kimball 3/5/04 cc: atty (blk) Modified on 03/05/2004 (Entered: 03/05/2004) |
| 03/09/2004 | 114 | Minute entry: Teleconference held in chambers at the request of both parties; Judge: BCW (alp) (Entered: 03/12/2004) |
| 03/10/2004 | 111 | Motion and Order signed by Judge Dale A. Kimball, 3/10/04 Granting motion/PHV for Attorney Scott E. Gant on behalf of counter-defendant SCO Grp, plaintiff SCO Grp cc:attys (blk) (Entered: 03/10/2004) |
| 03/11/2004 | 112 | Amended answer by SCO Grp to amended counterclaim : amends [58-1] counter answer (blk) (Entered: 03/12/2004) |
| 03/11/2004 | 113 | Exhibits filed by plaintiff SCO Grp RE: [108-1] second amended complaint. (blk) (Entered: 03/12/2004) |
| 03/12/2004 | 115 | Stipulation by SCO Grp, Intl Bus Mach Inc to extend time for dft IBM to respond to Second Amended Complaint up to and including3/19/04 (blk) (Entered: 03/15/2004) |
| 03/15/2004 | 116 | Order granting [115-1] stipulation motion to extend time for dft IBM to respond to Second Amended Complaint up to and including 3/19/04 signed by Judge Dale A. Kimball, 3/15/04 cc:atty (blk) (Entered: 03/15/2004) |
| 03/19/2004 | 117 | Stipulation and joint motion by Intl Bus Mach Inc, SCO Grp to extend time to respond to second amended complaint up to and including 3/26/04 (blk) (Entered: 03/22/2004) |
| 03/22/2004 | 118 | Order granting [117-1] stipulation motion to extend time to respond to second amended complaint up to and including 3/26/04 signed by Judge Dale A. Kimball, 3/22/04 cc:atty (blk) (Entered: 03/24/2004) |

| | | |
|---|---|---|
| 03/24/2004 | 120 | Motion by SCO Grp to bifurcate (blk) Modified on 03/26/2004 (Entered: 03/26/2004) |
| 03/24/2004 | 121 | Memorandum by SCO Grp in support of [120-1] motion to bifurcate (blk) (Entered: 03/26/2004) |
| 03/24/2004 | 122 | Notice of service of Subpoenas Duces Tecum by Intl Bus Mach Inc (blk) (Entered: 03/26/2004) |
| 03/25/2004 | 119 | Acceptance of service of Subpoena Duces Tecum as to Intl Bus Mach Inc 3/25/04 (blk) (Entered: 03/26/2004) |
| 03/26/2004 | 123 | Motion by Intl Bus Mach Inc to amend [41-1] amended counterclaim (asp) (Entered: 03/29/2004) |
| 03/26/2004 | 124 | Order granting [123-1] motion to amend [41-1] amended counterclaim signed by Judge Dale A. Kimball , 3/26/04 cc:atty (asp) (Entered: 03/29/2004) |
| 03/26/2004 | 125 | Certificate of service re: 4th req for prod/docs & 4th set of interrogs by SCO Grp (alt) (Entered: 03/30/2004) |
| 03/26/2004 | 126 | Answer by Intl Bus Mach Inc to 2ND amended complaint (alt) (Entered: 03/30/2004) |
| 03/29/2004 | 127 | 2ND Amended counterclaim by Intl Bus Mach Inc: amending [41-1] amended claim (alt) (Entered: 03/30/2004) |
| 03/30/2004 | 128 | Certificate of service by Intl Bus Mach Inc re: fourth set of interrogatories and fourth request for production of documents (blk) (Entered: 03/30/2004) |
| 04/05/2004 | 129 | Motion by SCO Grp to amend [23-1] Scheduling order (blk) (Entered: 04/06/2004) |
| 04/05/2004 | 130 | Memorandum by SCO Grp in support of [129-1] motion to amend [23-1] Scheduling order (blk) (Entered: 04/06/2004) |
| 04/07/2004 | 131 | Certificate of service re: Sco's Objections to EBM's Amended Notice of Deposition by SCO Grp (blk) Modified on 04/08/2004 (Entered: 04/08/2004) |
| 04/12/2004 | 132 | Response by Intl Bus Mach Inc to [120-1] motion to bifurcate (blk) (Entered: 04/13/2004) |
| 04/15/2004 | 133 | Certificate of service of pla's objections to IBM's notice of deposition by SCO Grp (blk) (Entered: 04/15/2004) |
| 04/15/2004 | 134 | Stipulation by SCO Grp, Intl Bus Mach Inc to extend time for SCO to respond to IBM's Amended Counterclaims up to and including 4/23/04; and for IBM to respond to SCO's Motion to Amend the Scheduling Order up to and including 4/30/04. (blk) (Entered: 04/16/2004) |
| 04/15/2004 | 134 | Order granting [134-1] stipulation motion to extend time for SCO to respond to IBM's Amended Counterclaims up to and including 4/23/04; and for IBM to respond to SCO's Motion to Amend the Scheduling Order up to and including 4/30/04. signed by Judge Dale A. Kimball, 4/15/04 cc:atty (blk) (Entered: 04/16/2004) |
| 04/19/2004 | 135 | Certificate of service re: responses to third set of interrogatories by SCO Grp (blk) (Entered: 04/20/2004) |
| 04/19/2004 | 136 | Objections by S2 Strategic Consult to Subpoena Duces Tecum directed to S2 Strategic Consulting, and Response (blk) (Entered: 04/20/2004) |
| 04/19/2004 | 137 | Reply by SCO Grp to response to [120-1] motion to bifurcate (blk) (Entered: 04/20/2004) |
| 04/19/2004 | 138 | Declaration of Chris Sontag Re: [109-1] order Ordering both parties to file affidavits re |

| | | |
|---|---|---|
| | | compliance with this order; and additional memoranda addressing the impact of the second amended complaint and IBM's subsequent answer on IBM's Motion to Strike the 5th, 15th, and 19th Affirmative Defenses asserted by SCO in its Answers to IBM's Amended Counterclaims. IBM is to file its initial memoranda with the court withing 60 days of the entry of this order. SCO will then have 15 days to respond. IBM will have 7 days to reply to this response. Following the additional briefing, the Court will contact parties to schedule a hearing regarding IBM's motion to strike SCO's affirmative defenses. (Please see the order for all information, as this is an extensive order) (blk) (Entered: 04/20/2004) |
| 04/20/2004 | 139 | Declaration of Todd M. Shaughnessy Re: [109-1] order Ordering both parties to file affidavits re compliance with this order; and additional memoranda addressing the impact of the second amended complaint and IBM's subsequent answer on IBM's Motion to Strike the 5th, 15th, and 19th Affirmative Defenses asserted by SCO in its Answers to IBM's Amended Counterclaims. IBM is to file its initial memoranda with the court withing 60 days of the entry of this order. SCO will then have 15 days to respond. IBM will have 7 days to reply to this response. Following the additional briefing, the Court will contact parties to schedule a hearing regarding IBM's motion to strike SCO's affirmative defenses. (Please see the order for all information, as this is an extensive order), [109-2] relief (blk) (Entered: 04/21/2004) |
| 04/20/2004 | 140 | Certificate of service re: second supp rsponses and obj to SCO's first set of interrrogs; responses and obj to SCO's second set of interrogs and second request for the prod of docs; and responses and obj to SCO's third set of interrogs and third request for the prod of docs by Intl Bus Mach Inc (blk) (Entered: 04/21/2004) |
| 04/23/2004 | 141 | Answer by SCO Grp to [127-1] second amended counterclaim (blk) (Entered: 04/26/2004) |
| 04/23/2004 | 142 | Motion by SCO Grp to dismiss counterclaim , or, in the alternative to separate , or to stay counts 9,10 and 14 of the counterclaim-pla IBM's second amended counterclaims against SCO (blk) (Entered: 04/26/2004) |
| 04/23/2004 | 143 | Memorandum by SCO Grp in support of [142-1] motion to dismiss counterclaim, [142-2] motion or, in the alternative to separate, [142-3] motion or to stay counts 9,10 and 14 of the counterclaim-pla IBM's second amended counterclaims against SCO (blk) (Entered: 04/26/2004) |
| 04/26/2004 | 144 | Corrected/Amended [142-1] motion to dismiss counterclaim, [142-2] motion or, in the alternative to separate, [142-3] motion or to stay counts 9,10 and 14 of the counterclaim-pla IBM's second amended counterclaims against SCO. Amended Motion is entitled: CORRECTED Motion to Dismiss , or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, by SCO Grp (blk) (Entered: 04/27/2004) |
| 05/03/2004 | 145 | Certificate of service re: responses and objections to SCO's 4th set of requests for the production of docs and 4th set of interrogatories by Intl Bus Mach Inc (blk) (Entered: 05/04/2004) |
| 05/05/2004 | 146 | Stipulation by SCO Grp, Intl Bus Mach Inc stip re: briefing for pending motions (kvs) (Entered: 05/06/2004) |
| 05/06/2004 | 147 | Order granting [146-1] stipulated motion re: briefing for pending motions signed by Judge Dale A. Kimball, 5/6/04 cc:atty (alt) (Entered: 05/06/2004) |
| 05/14/2004 | 148 | Memorandum by Intl Bus Mach Inc in opposition to [129-1] motion to amend [23-1] Scheduling order (blk) (Entered: 05/17/2004) |
| 05/14/2004 | 149 | Certificate of service re: fifth request for the production of docs by Intl Bus Mach Inc |

| | | (blk) (Entered: 05/17/2004) |
|---|---|---|
| 05/14/2004 | 150 | Stipulation by Intl Bus Mach Inc to amend [147-1] order setting briefing on pending motions. Stipultated to the following: IBM's Memo in Opposition to SCO's Motion to Dismiss due 5/18/04; SCO's Reply Memo in Support of its Motion to Dismiss due 6/1/04. (blk) (Entered: 05/17/2004) |
| 05/18/2004 | 151 | Order granting [150-1] stipulation motion to amend [147-1] order setting briefing on pending motions. Stipultated to the following: IBM's Memo in Opposition to SCO's Motion to Dismiss due 5/18/04; SCO's Reply Memo in Support of its Motion to Dismiss due 6/1/04. signed by Judge Dale A. Kimball , 5/17/04 cc:atty (blk) (Entered: 05/18/2004) |
| 05/18/2004 | 152 | Cross-motion by Intl Bus Mach Inc for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 05/19/2004) |
| 05/18/2004 | 153 | Memorandum by Intl Bus Mach Inc in support of [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 05/19/2004) |
| 05/18/2004 | 154 | Declaration of Daniel Frye Re: [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 05/19/2004) |
| 05/18/2004 | 155 | Memorandum by Intl Bus Mach Inc in opposition to [144-1] amended motion to Dismiss, [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, (blk) (Entered: 05/19/2004) |
| 05/18/2004 | 156 | Declaration of Amy F. Sorenson Re: [155-1] opposition memorandum (blk) (Entered: 05/19/2004) |
| 05/19/2004 | 157 | Declaration of Todd M. Shaughnessy Re: [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement. (Please Note: This is an oversized document and has been placed in an expandable folder next to the case file.) (blk) Modified on 05/19/2004 (Entered: 05/19/2004) |
| 05/26/2004 | 158 | Notice of Hearing filed : Motion hearing set for 10:30 6/8/04 for [142-2] motion or, in the alternative to separate, set for 10:30 6/8/04 for [129-1] motion to amend [23-1] Scheduling order To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 05/27/2004) |
| 05/26/2004 | 159 | Notice of Hearing filed : Motion hearing set for 3:00 8/4/04 for [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement, set for 3:00 8/4/04 for [144-1] amended motion to Dismiss, set for 3:00 8/4/04 for [142-1] motion to dismiss counterclaim To be held before Judge Kimball cc:atty (ntc generated: KJ) (blk) (Entered: 05/27/2004) |
| 05/26/2004 | 160 | Stipulation by SCO Grp to amend [151-1] briefing order as follows: SCO's reply memo in support of motion to dismss due 6/14/04. (blk) (Entered: 05/27/2004) |
| 05/27/2004 | 161 | Order granting [160-1] stipulation motion to amend [151-1] briefing order as follows: SCO's reply memo in support of motion to dismss due 6/14/04. signed by Judge Dale A. Kimball , 5/27/04 cc:atty (blk) (Entered: 05/27/2004) |
| 05/28/2004 | 162 | Motion and Order signed by Judge Dale A. Kimball , 5/28/04 Granting motion/PHV for Attorney Robert Silver on behalf of plaintiff SCO Grp, counter-defendant SCO Grp cc:attys (blk) (Entered: 05/28/2004) |
| 05/28/2004 | 163 | Memorandum RE: Discovery filed by SCO Grp (tsh) (Entered: 06/01/2004) |
| 05/28/2004 | 164 | Ex parte motion by SCO Grp for leave to file overlength reply memo in support of pla's |

| | | |
|---|---|---|
| | | Motion to Amend the Scheduling Order (tsh) (Entered: 06/01/2004) |
| 05/28/2004 | | Proposed document from SCO Grp entitled Pla's Reply Memo in Support of Motion to Amend the Scheduling Order (tsh) (Entered: 06/01/2004) |
| 05/28/2004 | 165 | Certificate of service by SCO Grp re: Pla's Response to Dft's Fourth Set of Interrogatories (tsh) (Entered: 06/01/2004) |
| 06/02/2004 | 166 | Order granting [164-1] ex parte motion for leave to file overlength reply memo in support of pla's Motion to Amend the Scheduling Order signed by Judge Dale A. Kimball , 6/2/04 cc:atty (blk) (Entered: 06/03/2004) |
| 06/02/2004 | 167 | Reply by SCO Grp to response to [160-1] stipulation motion to amend [151-1] briefing order as follows: SCO's reply memo in support of motion to dismss due 6/14/04. (blk) (Entered: 06/03/2004) |
| 06/03/2004 | 168 | Expedited Motion by SCO Grp for protective order (blk) (Entered: 06/04/2004) |
| 06/03/2004 | 168 | Memorandum by SCO Grp in support of [168-1] expedited motion for protective order (blk) (Entered: 06/04/2004) |
| 06/03/2004 | 169 | Motion and Order signed by Judge Dale A. Kimball , 6/3/04 Granting motion/PHV for Attorney David S. Stone on behalf of counter-defendant SCO Grp, plaintiff SCO Grp cc:attys (blk) (Entered: 06/04/2004) |
| 06/03/2004 | 170 | Motion and Order signed by Judge Dale A. Kimball , 6/3/04 Granting motion/PHV for Attorney Robert A. Magnanini on behalf of counter-defendant SCO Grp, plaintiff SCO Grp cc:attys (blk) (Entered: 06/04/2004) |
| 06/03/2004 | 171 | Motion and Order signed by Judge Dale A. Kimball , 6/3/04 Granting motion/PHV for Attorney Michael Macmanus on behalf of counter-defendant SCO Grp, plaintiff SCO Grp cc:attys (blk) (Entered: 06/04/2004) |
| 06/04/2004 | 172 | Memorandum by Intl Bus Mach Inc in opposition to [168-1] motion for protective order (blk) (Entered: 06/04/2004) |
| 06/04/2004 | 174 | Reply by SCO Grp to response to [168-1] motion for protective order (tsh) (Entered: 06/07/2004) |
| 06/07/2004 | 173 | Motion and Order signed by Judge Dale A. Kimball , 6/7/04 Granting motion/PHV for Attorney Frederick S. Frei, John K. Harrop, Aldo Noto on behalf of counter-defendant SCO Grp, plaintiff SCO Grp cc:attys (tsh) (Entered: 06/07/2004) |
| 06/08/2004 | 175 | Minute entry: Counsel for both parties contact the Court by telephone re: expedited motion for protective order (d.e. #168). Court hears arguments and DENIES the motion due to lateness of the objection and inconvenience to the parties already scheduled for deposition. Counsel for defendant is to prepare an order. denying [168-1] motion for protective order ; Judge: BCW Court Reporter: n/a Tape No.: n/a Log No.: n/a Court Deputy: alp (alp) (Entered: 06/08/2004) |
| 06/08/2004 | 176 | Minute entry: Motion hearing held for [142-2] motion or, in the alternative to separate, held for [129-1] motion to amend [23-1] Scheduling order [142-2] motion or, in the alternative to separate taken under advisement [129-1] motion to amend [23-1] Scheduling order taken under advisement ; Judge: DAK Court Reporter: Kelly Hicken Court Deputy: Kim Jones (kj) (Entered: 06/08/2004) |
| 06/09/2004 | | Transcript of Proceedings for date(s) of 10/31/03 Status Cnf. Court Reporter: Geri Jardine (blk) (Entered: 06/09/2004) |
| 06/09/2004 | | Transcript of Proceedings for date(s) of 11/21/03 Status Cnf. Court Reporter: Geri Jardine (blk) (Entered: 06/09/2004) |

| | | |
|---|---|---|
| 06/10/2004 | 177 | Order granting in part, denying in part [129-1] motion to amend [23-1] Scheduling order. Denying [120-1] motion to bifurcate. Scheduling Order amended as follows: discovery due set for 4/22/05 , motion filing deadline set for 5/20/05 , Final Pretrial Conference set for 2:30 10/10/05 , 5-Week Jury trial set for 8:30 11/1/05 See file/image for further deadlines. Signed by Judge Dale A. Kimball , 6/10/04 cc:atty (tsh) (Entered: 06/10/2004) |
| 06/14/2004 | 178 | Amended Notice of Hearing filed : Final Pretrial Conference reset for 2:30 10/11/05 To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 06/14/2004) |
| 06/14/2004 | 179 | Stipulation by SCO Grp re: briefing for pending motions (blk) (Entered: 06/14/2004) |
| 06/14/2004 | 180 | Certificate of service by SCO Grp re: response to IBM's fifth request for production of docs. (blk) (Entered: 06/15/2004) |
| 06/14/2004 | 181 | Order granting [179-1] stipulation motion re: briefing for pending motions signed by Judge Dale A. Kimball , 6/14/04 cc:atty (blk) (Entered: 06/15/2004) |
| 06/16/2004 | 182 | Order denying [168-1] motion for protective order signed by Judge Brooke C. Wells , 6/15/04 cc:atty (blk) (Entered: 06/17/2004) |
| 06/21/2004 | 183 | Stipulation by SCO Grp re: Briefing for pending motions. Pending motions are: IBM's Partial Motion for Summary Jgm; SCO's Motion to Dismiss, and SCO's Memorandum Regarding Discovery. Stipulated that briefing should proceed as follows: IBM's supplemental mem opp to motion to dismiss due 6/28/04; IBM's response to SCO's memo re discovery due 6/23/04; SCO's reply memo re discovery due 7/12/04; IBM's reply memo in support of motion for summary jgm due 7/26/04; SCO's reply memo in support of motion to dismiss due 7/26/04; and SCO's reply memo in support of motion to dismiss due 7/26/04j (blk) (Entered: 06/22/2004) |
| 06/22/2004 | 185 | Order granting [183-1] stipulation motion re: Briefing for pending motions. Pending motions are: IBM's Partial Motion for Summary Jgm; SCO's Motion to Dismiss, and SCO's Memorandum Regarding Discovery. Stipulated that briefing should proceed as follows: IBM's supplemental mem opp to motion to dismiss due 6/28/04; IBM's response to SCO's memo re discovery due 6/23/04; SCO's reply memo re discovery due 7/12/04; IBM's reply memo in support of motion for summary jgm due 7/26/04; SCO's reply memo in support of motion to dismiss due 7/26/04; and SCO's reply memo in support of motion to dismiss due 7/26/04j signed by Judge Dale A. Kimball , 6/22/04 cc:atty (blk) (Entered: 06/23/2004) |
| 06/23/2004 | 184 | Order affs and decls intended for use at depos must be produced to opposing pty at least 48 hrs prior to depo signed by Judge Brooke C. Wells, 6/22/04 cc:atty (alt) (Entered: 06/23/2004) |
| 06/23/2004 | 186 | Response by Intl Bus Mach Inc to [163-1] memo re: discovery filed by SCO (blk) (Entered: 06/24/2004) |
| 06/25/2004 | 187 | Certificate of service by SCO Grp re: Pla's Amended Responses to Dft's Fourth Set of Interrogatories (tsh) (Entered: 06/28/2004) |
| 06/28/2004 | 188 | SUPPLEMENTAL Memorandum by Intl Bus Mach Inc in opposition to [144-1] amended motion to Dismiss, [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, (tsh) (Entered: 06/29/2004) |
| 07/06/2004 | 189 | Ex parte motion by SCO Grp for leave to file overlength memorandum re: renewed motion to compel (blk) (Entered: 07/07/2004) |
| 07/06/2004 | 190 | Renewed Motion by SCO Grp to compel discovery (blk) (Entered: 07/07/2004) |

| | | |
|---|---|---|
| 07/06/2004 | | Proposed document from SCO Grp entitled: Memorandum in Support of Pla's Renewed Motion to Compel. (overlength doc. pending order allowing to file) (blk) (Entered: 07/07/2004) |
| 07/06/2004 | 191 | SEALED DOCUMENT: Exhibits G,H,I and J to memorandum in support of pla's renewed motion to compel. (blk) (Entered: 07/07/2004) |
| 07/07/2004 | 192 | Order granting [189-1] ex parte motion for leave to file overlength memorandum re: renewed motion to compel signed by Judge Dale A. Kimball , 7/7/04 cc:atty (blk) (Entered: 07/08/2004) |
| 07/07/2004 | 193 | Memorandum by SCO Grp in support of [190-1] motion to compel discovery (blk) (Entered: 07/08/2004) |
| 07/07/2004 | 194 | Certificate of service re: production of documents by SCO Grp (blk) (Entered: 07/08/2004) |
| 07/08/2004 | 195 | Rule 56(f) Motion & Further Memorandum by SCO Grp in opposition to [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 195 | Rule 56(f) Motion by SCO Grp in further opposition to IBM's Motion for Partial Summary Jgm (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 196 | Ex parte motion by SCO Grp for leave to file overlength memorandum in opposition to IBMs' Motion for Summary Judgment on its tenth counterclaim for declaratory jgm of non-infringement (blk) (Entered: 07/09/2004) |
| 07/08/2004 | | Proposed document from SCO Grp entitled : Memorandum in Opposition to Dft IBM's Motion for Summary Jgm on its Tenth Counterclaim for Declaratory Jgm on Non-Infringement (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 197 | SEALED DOCUMENT: Declaration in Support of SCO's Opposition to IBM's Cross-Motion for Partial Summary Jgm 195. Declaration and Exhibits filed under seal. (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 198 | SEALED DOCUMENT: Declarations in Support of SCO's Motion for Continuance Pursuant to Rule 56(f) 195. Declarations and exhibits filed under seal. (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 199 | Declaration of John Harrop Re: [195-1] motion in further opposition to IBM's Motion for Partial Summary Jgm, [195-1] opposition memorandum (blk) (Entered: 07/09/2004) |
| 07/09/2004 | 200 | Certificate of service [199-1] declaration, [198-1] document(s), [197-1] document(s), [0-0] received proposed document, [196-1] ex parte motion for leave to file overlength memorandum in opposition to IBMs' Motion for Summary Judgment on its tenth counterclaim for declaratory jgm of non-infringement, [195-1] motion in further opposition to IBM's Motion for Partial Summary Jgm, [195-1] opposition memorandum by SCO Grp (blk) (Entered: 07/09/2004) |
| 07/09/2004 | 201 | Order granting [196-1] ex parte motion for leave to file overlength memorandum in opposition to IBMs' Motion for Summary Judgment on its tenth counterclaim for declaratory jgm of non-infringement signed by Judge Dale A. Kimball , 7/9/04 cc:atty (kvs) (Entered: 07/12/2004) |
| 07/09/2004 | 206 | Memorandum by SCO Grp in opposition to [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 07/14/2004) |
| 07/09/2004 | 206 | Exhibits filed by plaintiff SCO Grp RE: [206-1] opposition memorandum. Vols 1-5. All |

| | | |
|---|---|---|
| | | exhibits are oversized and placed on the shelf in an expandable folder next to the case file with the exception of vol 5. Vol 5 is SEALED and placed in the sealed file room. (blk) (Entered: 07/14/2004) |
| 07/12/2004 | 202 | Ex parte motion by SCO Grp for leave to file overlength memorandum re: Discovery (blk) (Entered: 07/13/2004) |
| 07/12/2004 | | Proposed document from SCO Grp entitled: Reply Memorandum RE: Discovery (blk) (Entered: 07/13/2004) |
| 07/12/2004 | 203 | SEALED DOCUMENT filed by SCO entitled: Delaration of Chris Sontag in Support of Reply Memorandum Regarding Discovery (blk) Additional attachment(s) added on 8/4/2005 (blk, ). Modified on 8/4/2005 by unsealing document and adding document image (blk, ). (Entered: 07/13/2004) |
| 07/13/2004 | 204 | Order granting [202-1] ex parte motion for leave to file overlength memorandum re: Discovery signed by Judge Dale A. Kimball , 7/13/04 cc:atty (blk) (Entered: 07/13/2004) |
| 07/13/2004 | 205 | Reply by SCO Grp to response to [190-1] motion to compel discovery (blk) (Entered: 07/13/2004) |
| 07/22/2004 | 207 | Stipulation by SCO Grp, Intl Bus Mach Inc Stip to amend the deadlines for briefing (jmr) (Entered: 07/26/2004) |
| 07/26/2004 | 208 | Order granting [207-1] stipulated motion to amend the deadlines for briefing signed by Judge Dale A. Kimball, 7/26/04 cc:atty (alt) (Entered: 07/26/2004) |
| 07/27/2004 | 209 | Notice of Hearing filed by defendant Intl Bus Mach Inc : Motion hearing set for 2:00 9/15/04 for [144-1] amended motion to Dismiss, set for 2:00 9/15/04 for [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO,, set for 2:00 9/15/04 for [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement To be held before Judge Dale A. Kimball cc:atty ( Ntc generated by: Atty) (blk) (Entered: 07/28/2004) |
| 07/30/2004 | 210 | Certificate of service by Intl Bus Mach Inc re: Dft's Fifth Set of Interrogatories (tsh) (Entered: 08/02/2004) |
| 08/04/2004 | 211 | Magistrate Notice of Hearing Motion hearing set for 10:00 9/2/04 for [190-1] motion to compel discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 08/04/2004) |
| 08/04/2004 | 212 | Motion by Intl Bus Mach Inc to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 213 | Memorandum by Intl Bus Mach Inc in support of [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 214 | Declaration of Joan Thomas Re: [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 215 | Motion by Intl Bus Mach Inc for leave to file overlength opposition memorandum to SCO's renewed Motion to Compel (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 217 | Memorandum by Intl Bus Mach Inc in opposition to [190-1] motion to compel discovery (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 218 | Certificate of service re: discovery by Intl Bus Mach Inc (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 219 | Declaration of Amy F. Sorenson Re: [217-1] opposition memorandum (blk) (Entered: |

| | | |
|---|---|---|
| | | 08/05/2004) |
| 08/04/2004 | 220 | SEALED DOCUMENT by IBM entitled: Exhibits to Declaration of Amy F. Sorenson [219-1] (blk) Modified on 08/06/2004 (Entered: 08/05/2004) |
| 08/05/2004 | 216 | Order granting [215-1] motion for leave to file overlength opposition memorandum to SCO's renewed Motion to Compel signed by Judge Dale A. Kimball , 8/5/04 cc:atty (blk) (Entered: 08/05/2004) |
| 08/09/2004 | 221 | Errata to [213-1] support memorandum filed by Intl Bus Mach Inc . (blk) (Entered: 08/10/2004) |
| 08/12/2004 | 222 | Stipulation by Intl Bus Mach Inc to amend briefing for pending motions (blk) (Entered: 08/13/2004) |
| 08/13/2004 | 223 | Magistrate Notice of Hearing Motion hearing set for 10:00 9/14/04 for [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag, set for 10:00 9/14/04 for [190-1] motion to compel discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 08/13/2004) |
| 08/13/2004 | 224 | Order granting [222-1] stipulation motion to amend briefing for pending motions signed by Judge Dale A. Kimball , 8/13/04 cc:atty (blk) (Entered: 08/13/2004) |
| 08/13/2004 | 225 | Motion by Intl Bus Mach Inc for partial summary judgment on Breach of Contract Claims. (Oral Argument Requested) (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 226 | Motion by Intl Bus Mach Inc for leave to file overlength memorandum in support of motion for partial summary jgm on breach of contract claims (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 227 | Declaration of Todd M. Shaughnessy Re: [225-1] motion for partial summary judgment on Breach of Contract Claims. (Oral Argument Requested) (blk) (Entered: 08/16/2004) |
| 08/13/2004 | | Proposed document from Intl Bus Mach Inc entitled: Memorandum in Support of Motion for Partial Summary Jgm re: Breach of Contract (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 228 | Exhibits filed by defendant Intl Bus Mach Inc RE: [227-1] declaration of Todd M. Shaughnessy. (3 volumes of exhibits, oversized, placed in expandable folders next to case file.) (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 232 | REDACTED Memorandum by Intl Bus Mach Inc in support of [225-1] motion for partial summary judgment on Breach of Contract Claims. (blk) (Entered: 08/18/2004) |
| 08/13/2004 | 234 | SEALED DOCUMENT entitled: IBM's Sealed Exhibits to the Declaration of Todd M. Shaughnessy in Support of Motion for Partial Summary Jgm on Breach of Contract Claims (blk) (Entered: 08/18/2004) |
| 08/13/2004 | 235 | Declarations of Kathleen Bennett, Thomas L. Cronan III, Randall Davis, Michael J. Defazio, David W. Frasure Re: [225-1] motion for partial summary judgment on Breach of Contract Claims. Volume 1 of 2. (blk) Modified on 08/18/2004 (Entered: 08/18/2004) |
| 08/13/2004 | 236 | Declarations of Geoffrey D. Green, Ira Kristenberg, Richard A. McDonough III, Jeffrey W. Mobley, Scott Nelson, David P. Rodgers, Roger C. Swanson, Joan Thomas, Steve Vuksanovich, Otis L. Wilson Re: [225-1] motion for partial summary judgment on Breach of Contract Claims. Volume 2 of 2. (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 229 | Order granting [226-1] motion for leave to file overlength memorandum in support of motion for partial summary jgm on breach of contract claims signed by Judge Dale A. Kimball , 8/16/04 cc:atty (blk) (Entered: 08/17/2004) |
| 08/16/2004 | 230 | SEALED DOCUMENT entitled: IBM's Memorandum in Support of Motion for Partial |

| | | |
|---|---|---|
| | | Summary Jgm on Breach of Contract Claims. (blk) (Entered: 08/17/2004) |
| 08/16/2004 | 231 | REDACTED Memorandum by Intl Bus Mach Inc in support of [233-1] IBM's Motion for Partial Summary Jgm on its Counterclaim for Copyright Infringement (Eighth Counterclaim) (blk) Modified on 08/18/2004 (Entered: 08/18/2004) |
| 08/16/2004 | 233 | Motion by Intl Bus Mach Inc for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim) (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 237 | Declaration of Amy F. Sorenson Re: [233-1] motion for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim) (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 238 | Exhibits filed by defendant Intl Bus Mach Inc RE: [237-1] declaration of Amy F. Sorenson (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 239 | SEALED DOCUMENT entitled: Sealed exhibits to declaration of Amy F. Sorenson [237-1] (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 240 | Declaration of Kathleen Bennett Re: [233-1] motion for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim) (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 241 | SEALED DOCUMENT entitled: Memorandum in Support of IBM's Motion for Partial Summary Judgment on its Counterclaim for Copyright Infringement (Eighth Counterclaim) [233-1] (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 242 | Certificate of service [232-1] support memorandum by Intl Bus Mach Inc (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 243 | SEALED DOCUMENTS: 9 boxes of SEALED Exhibits filed by IBM to Declaration of Amy F. Sorenson in Support of IBM's Motion for Partial Summary Jgm on its Counterclaims for Copyright Infringment (Contains exhibits 5.1-5.3, 6.1-9.3, 10.1, 10.3, 11.1-20.3) Clerk's Note: These boxes are housed in the 5th floor sealed room of the courthouse. (blk) (Entered: 08/18/2004) |
| 08/17/2004 | 244 | Addendum to [231-1] redacted support memorandum filed by Intl Bus Mach Inc . (blk) (Entered: 08/18/2004) |
| 08/19/2004 | 245 | SEALED Ex parte motion by SCO Grp for leave to file a supplemental memo re: discovery (tsh) (Entered: 08/22/2004) |
| 08/19/2004 | | SEALED Proposed documents from SCO Grp entitled Supplemental Mmeorandum re: Discovery, Declaration of Jeremy O. Evans, and Declaration of Barbara L. Howe (tsh) Modified on 08/22/2004 (Entered: 08/22/2004) |
| 08/19/2004 | 287 | SEALED DOCUMENT filed by SCO entitled: Supplemental Memorandum Regarding Discovery (blk) (Entered: 09/13/2004) |
| 08/19/2004 | 288 | SEALED DOCUMENT filed by SCO entitled: Declaration of Jeremy O. Evans in Support of Pla/Cntlclmdft SCO's Supplemental Memorandum Regarding Discovery (blk) (Entered: 09/13/2004) |
| 08/19/2004 | 289 | SEALED DOCUMENT filed by SCO entitled: Declaration of Barbara L. Howe in Support of Pla/cntclmdft SCO's Supplemental Memorandum Regarding discovery (blk) (Entered: 09/13/2004) |
| 08/23/2004 | 246 | Motion by Intl Bus Mach Inc to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 247 | Memorandum by Intl Bus Mach Inc in support of [246-1] motion to strike materials |

| | | |
|---|---|---|
| | | submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 248 | Ex parte motion by Intl Bus Mach Inc for leave to file overlength memorandum in support of motion to strike (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 249 | Declaration of Randall Davis Re: [246-1] motion to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 250 | Reply Declaration of Todd M. Shaugnessy Re: [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 251 | SEALED Exhibits filed by defendant Intl Bus Mach Inc RE: [250-1] reply declaration of Todd M. Shaughnessy (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 252 | SEALED DOCUMENT entitled: Declaration of Brian W. Kernighan. Filed under seal and placed in the sealed room. (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 253 | Ex parte motion by Intl Bus Mach Inc for leave to file overlength reply memo (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 254 | Reply by SCO Grp to response to [144-1] amended motion to Dismiss, [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 255 | Ex parte motion by SCO Grp for leave to file overlength memorandum (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 256 | REDACTED Reply by Intl Bus Mach Inc to response to [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 257 | SEALED Reply by Intl Bus Mach Inc to response to [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement. (This document has been filed under seal and is placed in the sealed room) (blk) (Entered: 08/24/2004) |
| 08/24/2004 | 258 | Order granting [248-1] ex parte motion for leave to file overlength memorandum in support of motion to strike signed by Judge Dale A. Kimball , 8/24/04 cc:atty (blk) (Entered: 08/25/2004) |
| 08/24/2004 | 259 | Order granting [253-1] ex parte motion for leave to file overlength reply memo signed by Judge Dale A. Kimball , 8/24/04 cc:atty (blk) (Entered: 08/25/2004) |
| 08/24/2004 | 260 | Order granting [255-1] ex parte motion for leave to file overlength memorandum signed by Judge Dale A. Kimball , 8/24/04 cc:atty (blk) (Entered: 08/25/2004) |
| 08/25/2004 | 261 | Memorandum by Intl Bus Mach Inc in opposition to [245-1] ex parte motion for leave to file a supplemental memo re: discovery (blk) (Entered: 08/26/2004) |
| 08/26/2004 | 263 | Ex parte motion by SCO Grp for leave to file overlength memorandum re: renewed motion to compell (blk) (Entered: 08/27/2004) |
| 08/26/2004 | 264 | Reply by SCO Grp to response to [190-1] renewed motion to compel discovery (blk) (Entered: 08/27/2004) |
| 08/26/2004 | 265 | Memorandum by SCO Grp in opposition to [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 08/27/2004) |

| Date | Doc # | Description |
|---|---|---|
| 08/26/2004 | 266 | Declaration of Christopher Sontag Re: [265-1] opposition memorandum (blk) (Entered: 08/27/2004) |
| 08/27/2004 | 262 | Notice of Hearing filed : Motion hearing set for 2:30 12/9/04 for [233-1] motion for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim), set for 2:30 12/9/04 for [225-1] motion for partial summary judgment on Breach of Contract Claims. (Oral Argument Requested) To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 08/27/2004) |
| 08/27/2004 | 267 | Order granting [263-1] ex parte motion for leave to file overlength memorandum re: renewed motion to compell signed by Judge Dale A. Kimball , 8/27/04 cc:atty (blk) (Entered: 08/30/2004) |
| 09/01/2004 | 268 | Notice of Hearing filed : Motion hearing set for 2:00 9/15/04 for [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement, set for 2:00 9/15/04 for [144-1] amended motion to Dismiss To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 09/01/2004) |
| 09/03/2004 | 269 | SEALED Reply by SCO Grp to response to [245-1] ex parte motion for leave to file a supplemental memo re: discovery (ce) (Entered: 09/07/2004) |
| 09/03/2004 | 270 | Sealed ex parte order granting [245-1] ex parte motion for leave to file a supplemental memo re: discovery signed by Judge Brooke C. Wells , 9/3/04 cc:atty (kvs) (Entered: 09/08/2004) |
| 09/07/2004 | 271 | SEALED Memorandum by Intl Bus Mach Inc in support of [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 272 | Ex parte motion by SCO Grp for leave to file over-length memorandum re: opposition to IBM's Motion to Strike Materials (blk) (Entered: 09/09/2004) |
| 09/07/2004 | | Proposed document from SCO Grp entitled : Memo in Opposition to IBM's Motion to Strike Materials Submitted by SCO in Opposition to IBM's Cross-Motion for Partial Summary Jgm (blk) Modified on 09/09/2004 (Entered: 09/09/2004) |
| 09/07/2004 | 273 | Supplemental Declaration of Christopher Sontag Re: In Support of SCO's Opposition to IBM's Motion to Strike (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 274 | Supplemental Declaration of Sandeep Gupta Re: SCO's Opposition to IBM's Motion to Strike (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 275 | Supplemental Declaration of John Harrop Re: In Support of SCO's Opposition to IBM's Motion to Strike (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 276 | REDACTED Reply by Intl Bus Mach Inc to response to [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 286 | Memorandum by SCO Grp in opposition to [246-1] motion to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 09/13/2004) |
| 09/08/2004 | 277 | Motion by SCO Grp to extend time to file response to IBM's Motion for Partial Summary Jgm on Breach of Contract Claims and IBM's Motion for Partial Summary Jgm on its Conterclaim for Copyright Infringement (Eighth Counterclaim) (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 278 | Declaration of Martin Pfeffer (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 279 | Memorandum by SCO Grp in support of [277-1] motion to extend time to file response to IBM's Motion for Partial Summary Jgm on Breach of Contract Claims and IBM's Motion for Partial Summary Jgm on its Conterclaim for Copyright Infringement (Eighth |

| | | |
|---|---|---|
| | | Counterclaim) (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 280 | Certificate of service by SCO Grp re: responses to 5th set of interrogs (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 281 | Expedited Motion by SCO Grp to enforce the Court's Amended Scheduling Order Dated June 10, 2004 (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 282 | Ex parte motion by SCO Grp for leave to file over-length memorandum re: In support of Expedited Motion to Enforce (blk) (Entered: 09/09/2004) |
| 09/08/2004 | | Proposed document from SCO Grp entitled : Sealed Memorandum in Support of Expedited Motion to Enforce (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 283 | Ex parte motion by Intl Bus Mach Inc for leave to file a response to SCO's Supplement Memorandum Re: Discovery and to Continue Hearing Date (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 290 | SEALED DOCUMENT filed by SCO entitled: Memorandum in Support of SCO's Expedited Motion to Enforce the Court's Amended Scheduling Order Dated June 10, 2004 (blk) Modified on 8/4/2005 by unsealing document and adding document image (blk, ). Additional attachment(s) added on 8/4/2005 (blk, ). (Entered: 09/13/2004) |
| 09/09/2004 | 291 | REDACTED Memorandum by SCO Grp in support of [281-1] expedited motion to enforce the Court's Amended Scheduling Order Dated June 10, 2004 (blk) (Entered: 09/13/2004) |
| 09/09/2004 | 292 | 3 volumes of Exhibits filed by plaintiff SCO Grp RE: [291-1] support memorandum, [290-1] sealed support memorandum re: expedited motion to enforce the court's amended scheduling order dated 6/10/04 (blk) (Entered: 09/13/2004) |
| 09/09/2004 | 293 | SEALED DOCUMENT filed by SCO entitled: Exhibits to Memorandum in Support of SCO's Expedited Motion to Enforce the Court's Amended Scheduling Order Dated 6/10/04 (blk) (Entered: 09/13/2004) |
| 09/09/2004 | 294 | Response by SCO Grp to [283-1] ex parte motion for leave to file a response to SCO's Supplement Memorandum Re: Discovery and to Continue Hearing Date (blk) (Entered: 09/13/2004) |
| 09/10/2004 | 284 | Order granting [283-1] ex parte motion for leave to file a response to SCO's Supplement Memorandum Re: Discovery and to Continue Hearing Date, Hearing scheduled for 9/14/04 is rescheduled: Motion hearing reset for 10:00 10/19/04 for [190-1] motion to compel discovery, set for 10:00 10/19/04 for [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag signed by Judge Brooke C. Wells , 9/10/04 cc:atty (blk) (Entered: 09/10/2004) |
| 09/10/2004 | 285 | Amended Magistrate Notice of Hearing Motion hearing reset for 10:00 10/19/04 for [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag, reset for 10:00 10/19/04 for [190-1] motion to compel discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 09/10/2004) |
| 09/10/2004 | | Transcript of Proceedings for date(s) of 12/5/03, Motion to Compell hearing. Court Reporter: Dawn E. Brunner-Hahn (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 295 | Memorandum by Intl Bus Mach Inc in opposition to [277-1] motion to extend time to file response to IBM's Motion for Partial Summary Jgm on Breach of Contract Claims and IBM's Motion for Partial Summary Jgm on its Conterclaim for Copyright Infringement (Eighth Counterclaim) (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 296 | Order granting [277-1] motion to extend time to file response to IBM's Motion for Partial Summary Jgm on Breach of Contract Claims and IBM's Motion for Partial |

| | | |
|---|---|---|
| | | Summary Jgm on its Conterclaim for Copyright Infringement (Eighth Counterclaim). To be filed on or before 10/13/04, signed by Judge Dale A. Kimball , 9/13/04 cc:atty (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 297 | Order granting [282-1] ex parte motion for leave to file over-length memorandum re: In support of Expedited Motion to Enforce signed by Judge Dale A. Kimball , 9/13/04 cc:atty (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 298 | Order granting [272-1] ex parte motion for leave to file over-length memorandum re: opposition to IBM's Motion to Strike Materials signed by Judge Dale A. Kimball , 9/13/04 cc:atty (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 299 | Ex parte emergency motion by SCO Grp for a scheduling conference (blk) (Entered: 09/14/2004) |
| 09/13/2004 | 300 | Memorandum by SCO Grp in support of [299-1] ex parte emergency motion for a scheduling conference (blk) (Entered: 09/14/2004) |
| 09/13/2004 | 301 | Reply by Intl Bus Mach Inc to response to [246-1] motion to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 09/14/2004) |
| 09/15/2004 | 302 | Minute entry: Motion hearing held for [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag, held for [195-1] motion in further opposition to IBM's Motion for Partial Summary Jgm, held for [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement, held for [144-1] amended motion to Dismiss, held for [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, [144-1] amended motion to Dismiss taken under advisement, [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, taken under advisement [195-1] motion in further opposition to IBM's Motion for Partial Summary Jgm taken under advisement [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement taken under advisement [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag taken under advisement ; Judge: DAK Court Reporter: Becky Janke Court Deputy: Kim Jones (kj) (Entered: 09/16/2004) |
| 09/22/2004 | 303 | Memorandum by Intl Bus Mach Inc in opposition to [299-1] ex parte emergency motion for a scheduling conference, [281-1] expedited motion to enforce the Court's Amended Scheduling Order Dated June 10, 2004 (ce) (Entered: 09/24/2004) |
| 09/24/2004 | 304 | SEALED DOCUMENT filed by IBM entitled: IBM's Opposition to SCO's Supplemental Memorandum Re Discovery (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 305 | SEALED DOCUMENT filed by IBM entitled: Declaration of Ron Saint Pierre (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 306 | SEALED DOCUMENT filed by IBM entitled: Declaration of David Bullis (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 307 | SEALED DOCUMENT filed by SCO entitled: Consolidated Reply Memorandum in Further Support of SCO's Expedited Motion to Enforce the Court's Amended Scheduling Order and Emergency Motion for a Scheduling Conference (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 308 | REDACTED VERSION OF DOC NO. 307 - Reply by SCO Grp to response to [281-1] motion to enforce the Court's Amended Scheduling Order Dated June 10, 2004 (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 309 | Ex parte motion by SCO Grp for leave to file over-length memorandum re: consolidated |