IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 01: 06-mc-00046 PTS

| | |
|---|---|
| The SCO Group, Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| International Business Machines Corp., | ) ) |
| Defendant. | ) ) ) |

**MEMORANDUM IN SUPPORT OF OTIS WILSON'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

Respondent Otis L. Wilson, through undersigned counsel and pursuant to Local Rule 7.3 (M.D.N.C.) hereby incorporates by reference his *Memorandum in Response to Plaintiff's Motion to Enforce Subpoena and Compel Deposition and In Support of Motion to Quash Subpoena and for Protective Order* filed in the above referenced action as his brief in support of his Motion to Quash and For Protective Order.

This the  21st day of  April   , 2006.

                                                                            ___/s/Michael T. Medford_____
                                                                            Michael T. Medford
                                                                             N.C. State Bar # 7227
                                                                            Manning, Fulton & Skinner, P.A.
                                                                            3605 Glenwood Avenue - Suite 500
                                                                            Post Office Box 20389
                                                                            Raleigh, North Carolina  27619
                                                                            Telephone:     (919) 787-8880
                                                                            Telefax:          (919) 787-8902
                                                                            E-mail:           medford@manningfulton.com

# CERTIFICATE OF SERVICE

This is to certify that a copy of the *Memorandum in Support of Otis Wilson's Motion to Quash Subpoena and for Protective Order* was duly served this date on counsel for all parties by electronic means if available or otherwise by forwarding a copy thereof enclosed in a postage-paid envelope, deposited in the United States Mail, addressed as follows:

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954)-356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER, LLP
333 Main Street
Armonk, New York 10504
Telephone (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER, LLP
Bank of America Tower, Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1370

David Marriott
Cravath, Swaine & Moore, LLP
Worldwide Plaze
825 Eighth Avenue
New York, New York 10019

Todd Shaughnessy
Snell & Wilmer, LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

Donald J. Rosenbeg
1133 Westchester Avenue
White Plains, New York 10604

This the 21st day of  April , 2006.


  /s/Michael T. Medford
Michael T. Medford
 N.C. State Bar # 7227
Of MANNING, FULTON & SKINNER, P.A.
Attorneys for Otis L. Wilson
3605 Glenwood Avenue - Suite 500
Post Office Box 20389
Raleigh, North Carolina  27619-0389
Telephone:  (919) 787-8880
Facsimile:  (919) 787-8902
E-Mail:     medford@manningfulton.com

483112.-20064-L35387