UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 01: 06-MC-00046 PTS

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | Case No. 2:03CV0294DAK (pending in the District Court of Utah before Judge Dale A. Kimball) |

**PLAINTIFF'S MEMORANDUM OF LAW IN RESPONSE TO OTIS WILSON'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

Pursuant to Local Rule 7.3 of the United States District Court for the Middle District of North Carolina, Plaintiff, The SCO Group, Inc. ("SCO"), incorporates by reference its *Memorandum of Law In Support of Motion to Enforce Subpoena and Compel the Deposition of Non Party Otis Wilson* and its *Reply Memorandum In Further Support Of Motion To Enforce Subpoena and Compel Deposition* as its Response Brief in Opposition to Otis Wilson's Motion to Quash Subpoena and for Protective Order.

This the 25th day of April, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Robert R. Marcus
　　　　　　　　　　　　　　　　　　　　Robert R. Marcus
　　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 20041
　　　　　　　　　　　　　　　　　　　　Heather H. Wright
　　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 28874

OF COUNSEL:

SMITH MOORE LLP
P.O. Box 21927 (27420)
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400


BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Edward Normand
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

*Attorneys for The SCO Group, Inc.*

# CERTIFICATE OF SERVICE

**This is to certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:**

Michael T. Medford, Esq.
Manning, Fulton & Skinner, P.A.
Glenwood Plaza, Suite 500,
3605 Glenwood Avenue
P.O. Box 20389
Raleigh, North Carolina 27619-0389
Facsimile: (919)-787-8902

**And I hereby certify that a true and correct copy of the foregoing was served on the following non CM/ECF participants by first-class United States mail, postage prepaid, addressed as follows:**

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Facsimile: 212) 474-3700

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004
Facsimile: (801)-257-1800

This the 25th day of April, 2006.

/s/ Robert R. Marcus
Robert R. Marcus