IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 01: 06-mc-00046 PTS

| | |
|---|---|
| The SCO Group, Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| International Business Machines Corp., | ) ) ) |
| Defendant. | ) ) ) |

## MOTION FOR LEAVE TO FILE DECLARATION

Otis L. Wilson, through undersigned counsel, hereby moves for leave to file the attached declaration of Todd Shaughnessy in connection with the motions presently pending before this court with respect to the proposed second deposition of Mr. Wilson. The grounds for this motion are as follows:

1.  SCO Group, Inc. filed a Motion to Compel accompanied by an Affidavit of Edward Normand, setting forth his recollection of a conference call with the Magistrate Judge in the Utah Action to which Mr. Wilson is not a party.

2.  SCO Group sought expedited briefing of that motion.

3.  Mr. Wilson's memorandum in response to the Motion to Compel advised the Court that IBM's counsel of record, Todd Shaughnessy had a different recollection of the proceedings before the Magistrate judge in the Utah District, that Mr. Shaughnessy was out of the country, precluding obtaining an affidavit from him within the expedited briefing schedule requested by SCO Group and that Mr. Wilson would request permission to subsequently file an

affidavit by Mr. Shaughnessy if the court deemed the recollection of counsel about the conference call to be important in the resolution of this issue.

4.      SCO Group subsequently filed additional papers late in the evening of April 25 that once again relied heavily on the recollection of SCO Group's counsel about the conference call.

5.      Mr. Shaughnessy has now returned to the country and has executed the attached declaration setting forth his differing recollection of the disputed conference call with the Magistrate judge and other matters responsive to points made by SCO Group.

6.      To the extent, if any, that leave of court is required for filing the Shaughnessy declaration, the Court should grant such leave in the interest of the fair and efficient administration of justice.  The declaration was not available when Mr. Wilson's initial papers were file solely because of the expedited briefing schedule sought by SCO Group.

This the __28__ day of _April__, 2006.

                        __/s/Michael T. Medford_____
                        Michael T. Medford
                         N.C. State Bar # 7227
                        Of MANNING, FULTON & SKINNER, P.A.
                        Attorneys for Otis L. Wilson
                        3605 Glenwood Avenue - Suite 500
                        Post Office Box 20389
                        Raleigh, North Carolina  27619-0389
                        Telephone:  (919) 787-8880
                        Facsimile:   (919) 787-8902
                        E-Mail:      medford@manningfulton.com

CERTIFICATE OF SERVICE

This is to certify that a copy of the *Motion For Leave to File Declaration* was duly served this date on counsel for all parties by electronic means if available or otherwise by forwarding a copy thereof enclosed in a postage-paid envelope, deposited in the United States Mail, addressed as follows:

Robert R. Marcus
SMITH MOORE, L.L.P.
Post Office Box 21927
Greensboro, North Carolina 27420
E-Mail: rob.marcus@smithmoorelaw.com
Telephone: (336) 378-5365
Facsimile: (336) 378-5200

Heather Howell Wright
SMITH MOORE, L.L.P.
Post Office Box 21927
Greensboro, North Carolina 27420
Telephone: (336) 378-5365
Facsimile: (336) 378-5200Brent O. Hatch

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER, LLP
333 Main Street
Armonk, New York 10504
Telephone (914) 749-8200
Facsimile: (914) 749-8300

David Marriott
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Todd Shaughnessy
Snell & Wilmer, LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

This the __28__ day of _April_, 2006.

    __/s/Michael T. Medford_____
Michael T. Medford
 N.C. State Bar # 7227
Of MANNING, FULTON & SKINNER, P.A.
Attorneys for Otis L. Wilson
3605 Glenwood Avenue - Suite 500
Post Office Box 20389
Raleigh, North Carolina  27619-0389
Telephone:  (919) 787-8880
Facsimile:  (919) 787-8902
E-Mail:     medford@manningfulton.com

483791.-/mtm/tgh/20064-L35387