# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

The SCO Group, Inc.
    v.
International Business
Machines Corporation

Case Number 1:06MC00046

# N O T I C E

**Take notice** that a proceeding in this case has been **set**/**reset** as indicated below:

        **PLACE:**   U.S. Courthouse, 324 W. Market St., Greensboro, NC
**COURTROOM NO.:**   1A
 **DATE AND TIME:**   MAY 30, 2006 - 9:30 a.m.
    **PROCEEDING**:   Hearing on Pending Motions

_____

John S. Brubaker, Clerk

By: /s/ Wanda Williamson, Deputy Clerk


Date:    May 9, 2006


TO:    ALL COUNSEL